UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

145 SISSON AVENUE, LLC
           Plaintiff

vs.

ARON PURETZ                             CASE NO. 3:23CV903 (MPS)
           Defendant

## AMENDED DEFAULT JUDGMENT

The defendant having failed to appear, plead, or otherwise defend in this action and a default under F.R.C.P. 55(a) having been entered on September 1, 2023, and

The plaintiff having filed on November 16, 2023, a third motion for default judgment pursuant to the provisions of Rule 55(b)(1) of the F.R.C.P., and after an Evidentiary hearing held on April 24, 2024, the court having granted the motion on April 25, 2024 in the amount of $2,152,787.36; it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff in the amount $2,152,787.36.

Dated at Hartford, Connecticut, this 29th day of May 2024.

, Clerk

By /s/ Devorah Johnson
Devorah Johnson
Deputy Clerk

EOD 5/29/24

I hereby attest and certify that this is a copy of a document which was electronically filed with the United States District Court for the District of Connecticut.

Date Filed: 5-29-2024

Dinah Milton Kinney, Clerk
By: /S/ Jeremy J. Shafer
Deputy Clerk