# Ford & Paulekas, LLP
Attorneys at Law

280 Trumbull Street
Hartford, CT 06103
860.527.0400
Fax 860.249.7500

June 3, 2024

Clerk of the U.S. District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**VIA FEDERAL EXPRESS - 7766 7446 0156**

Re:  145 Sisson Avenue, LLC v. Aron Puretz
     Civil Action No. 3:23-CV-0903 (MPS)

Dear Sir/Madam:

Enclosed please find the following regarding the above-referenced matter:

(1) AO 451 form registering a Default Judgment in 23-CV-0903 pursuant to 28 USC §1963;

(2) Our firm's check in the amount of $52.00.

Kindly register this judgment in your court.

Please do not hesitate to contact me immediately if you have any questions.

Most cordially,

Houston Putnam Lowry
(860) 808-4213
PTL@HPLowry.com

HPL/kc
Enclosures as stated
cc: Kyle O'Hehir-Kyle@constitutionmgmt.com

G:\2433 Constitution Credit LLC\007 South Green Prtfolio v. Paxe Sisson CT Lmtd Partnership loan\Letters\145 Sisson v. Purety USDC NJ 2024-06-03.doc